

**LYONS & FLOOD LLP**
The Towers, Suite 206
111 Great Neck Road
Great Neck, NY 11021
TEL  (212) 594-2400
FAX  (212) 594-4589
www.lyons-flood.com

**EDWARD P. FLOOD**
E-Mail: eflood@lyons-flood.com
ADMITTED IN NEW YORK

July 21, 2023

<u>VIA CM/ECF</u>

The Honorable P. Kevin Castel
Senior United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

> The conference scheduled for July 25, 2023, is adjourned to September 11, 2023, at 2:30pm. Dial-in: (888) 363-4749. Access Code: 3667981.
> SO ORDERED.
> Dated: 07/21/2023
>
> *P. Kevin Castel*
> P. Kevin Castel
> United States District Judge

Re:    <u>*Underwriters v. MSC Mediterranean Shipping*
       Docket No. 1:23-cv-04656-PKC-BCM
       Our File No.:   2549284</u>

Dear Judge Castel,

    We represent the defendant MSC Mediterranean Shipping Company S.A. in this action and write in follow-up to the parties' joint letter of July 17, 2023. In that letter we requested an adjournment of the conference scheduled for next Tuesday, July 25th.

    Tuesday morning the undersigned will be appearing before Judge Daniels in regard to the MSC FLAMINIA litigation – a complex maritime case involving multiple parties and counsel. Therefore, we respectfully renew our request that the conference before Your Honor be adjourned until sometime later in the afternoon of that day, or to another day, to accommodate any potential conflict. Plaintiff has no objection to such rescheduling.

Respectfully Yours,

Lyons & Flood, LLP

By: Edward P. Flood

cc:    All Counsel